**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                         Case No.: 1:19−cr−00506
                                                             Honorable Sara L. Ellis

David Griffin

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 30, 2023:

      MINUTE entry before the Honorable Sara L. Ellis:as to David Griffin, Telephone conference set for 8/30/2023 is stricken. Change of Plea Hearing set for 10/31/2023 at 10:30 AM. The parties are required to appear in person. Time is excluded, 8/30/2023 to 10/31/2023, pursuant to 18 U.S.C. 3161(h)(1) for plea negotiations and in the interest of justice, without objection. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.